# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**DONNA J. DUKE**                                                                                           **PLAINTIFF**

**v.**                           **Case No. 4:24-cv-00530-KGB**

**COMMISSIONER,**
**SOCIAL SECURITY ADMINISTRATION**                                        **DEFENDANT**

## ORDER

Before the Court are the Proposed Findings and Recommended Disposition ("Recommendation") submitted by United States Magistrate Judge Joe J. Volpe (Dkt. No. 12). No party has filed objections to the Recommendation, and the time to file objections has passed. After careful consideration, the Court concludes that the Recommendation should be, and hereby is, approved and adopted in its entirety as this Court's finding in all respects. The Court affirms the decision of the Commissioner of the Social Security Administration, and plaintiff Donna J. Duke's complaint is dismissed with prejudice (Dkt. No. 2). Judgment will be entered accordingly.

It is so ordered this the 5th day of May, 2025.

*/s/ Kristine G. Baker*
Kristine G. Baker
Chief United States District Judge